Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

*Attorney for Plaintiff,*
*Christian Sloan*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SLOAN<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br><br>Defendant. | Case No.: 5:23−cv−00446−SSS−KK<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC.** |

NOTICE IS HEREBY GIVEN that Plaintiff Christian Sloan ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with prejudice as to Defendant within the next sixty (60) days. Plaintiff requests that this Court vacate all pending deadlines and hearings in this matter as to Defendant. Plaintiff also requests that this Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

Dated: July 25, 2023

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
HAMMOUD LAW, P.C.
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
yh@lawhammoud.com

Attorney for Plaintiff
Christian Sloan

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Youssef H. Hammoud*