Youssef H. Hammoud (SBN:321934)
**HAMMOUD LAW, P.C.**
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693
E: yh@lawhammoud.com

Attorney for Plaintiff,
*Christian Sloan*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SLOAN,<br><br>         Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br><br>         Defendant. | Case No.: 5:23−cv−00446−SSS−KK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Christian Sloan ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax.

Dated: September 1, 2023

RESPECTFULLY SUBMITTED,

By:*/s/ Youssef H. Hammoud*
Youssef H. Hammoud  (SBN: 321934)
HAMMOUD LAW, P.C.
3744 E. Chapman Ave., #F12269
Orange, CA 92859

|  |  |
|---|---|
|  | T: (949) 301-9692 |
|  | F: (949) 301-9693 |
|  | E: yh@lawhammoud.com |
|  |  |
|  | Attorneys for Plaintiff |
|  | *Christian Sloan* |
| Dated: September 1, 2023 |  |
|  | By: */s/ Thomas P. Quinn, Jr.* |
|  | Thomas P. Quinn, Jr. (SBN 132268) |
|  | NOKES & QUINN |
|  | 410 Broadway, Suite 200 |
|  | Laguna Beach, California 92651 |
|  | T: (949) 376-3500 |
|  | F: (949) 376-3070 |
|  | E: tquinn@nokesquinn.com |
|  |  |
|  | Counsel for Defendant, |
|  | *Equifax Information Services LLC* |

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2), I hereby certify that all signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing, and have authorized the filing.

*/s/ Youssef H. Hammoud*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Youssef H. Hammoud*